UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| SOO LINE RAILROAD COMPANY, <br> d/b/a CANADIAN PACIFIC, | ) <br> ) | Case No. 2:17-cv-106 |
| Plaintiff, | ) <br> ) | Judge Rudy Lozano |
| v. | ) <br> ) | Magistrate Judge Andrew Rodovich |
| CONSOLIDATED RAIL CORPORATION, et al., | ) <br> ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, AND CSX TRANSPORTATION, INC., TO DISMISS THE AMENDED COMPLAINT AND TO DISMISS OR STRIKE THE AMENDED COMPLAINT'S REQUESTS FOR RELIEF**

For the reasons set forth in the accompanying brief, Defendants Consolidated Rail Corporation, Norfolk Southern Railway Company, and CSX Transportation, Inc. (collectively, the "Moving Defendants") move under Federal Rule of Civil Procedure 12(b)(6) to dismiss the Amended Complaint with prejudice because the Amended Complaint fails to state a claim for relief. In the alternative, the Moving Defendants move under Federal Rules of Civil Procedure 12(b)(6) and 12(f) to dismiss with prejudice or to strike the Amended Complaint's requests for relief that are unavailable as a matter of law.

WHEREFORE, the Court should dismiss the Amended Complaint with prejudice. Alternatively, the Court should dismiss with prejudice or strike the Amended Complaint's requested remedies that are unavailable as a matter of law.

1

Respectfully Submitted,

s/ Lori E. Lightfoot
Lori E. Lightfoot
Chad M. Clamage
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
Fax: 312-701-7711
llightfoot@mayerbrown.com
cclamage@mayerbrown.com

Evan M. Tager
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
202-263-3000
Fax: 202-263-3300
etager@mayerbrown.com

*Counsel for Defendant Consolidated Rail Corp.*

A. Richard M. Blaiklock
Charles R. Whybrew
Aaron D. Grant
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Phone: (317) 237-0500
Fax: (317) 630-2790
rblaiklock@lewiswagner.com
cwhybrew@lewiswagner.com
agrant@lewiswagner.com

*Counsel for Defendant CSX Transportation, Inc.*

          Theodore R. Boehm
          Kenneth J. Munson
          HOOVER HULL TURNER, LLP
          111 Monument Circle, Suite 4400
          Indianapolis, IN 46204
          Phone: (317) 822-4400
          tboehm@hooverhullturner.com
          kmunson@hooverhullturner.com

          *Counsel for Defendant Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

s/ Lori E. Lightfoot