UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SOO LINE RAILROAD COMPANY, d/b/a/ CANADIAN PACIFIC, a Minnesota corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CONRAIL, INC., a Pennsylvania Corporation;<br><br>CONSOLIDATED RAIL CORPORATION, a Pennsylvania corporation;<br><br>NORFOLK SOUTHERN CORPORATION, a Virginia corporation;<br><br>NORFOLK SOUTHERN RAILWAY COMPANY; a Virginia corporation;<br><br>CSX CORPORATION, a Virginia corporation;<br><br>CSX TRANSPORTATION, INC., a Virginia corporation;<br><br>CSX RAIL HOLDING CORPORATION, a Delaware corporation;<br><br>GREEN ACQUISITION CORP., a Delaware corporation;<br><br>CRR HOLDINGS, LLC, a Delaware limited liability company;<br><br>INDIANA HARBOR BELT RAILROAD COMPANY, an Indiana corporation;<br><br>Terry Evans, | Case No.:  2:17-cv-106 |

| | |
|---|---|
| John Hart, | ) |
| | ) |
| Mike Pendergrass, | ) |
| | ) |
| and Tom Werner, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CERTAIN PARTIES WITHOUT PREJUDICE

This matter comes before the court upon the Stipulation Regarding Dismissal of Certain Parties [DE 104] filed by the parties on January 31, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss without prejudice Defendants Conrail, Inc.; CSX Rail Holding Corporation; Green Acquisition Corp.; and CRR Holdings LLC from this matter without prejudice.  Pursuant to that Stipulation, the Court hereby **ORDERS** that Defendants Conrail, Inc.; CSX Rail Holding Corporation; Green Acquisition Corp.; and CRR Holdings LLC are hereby **DISMISSED** from this matter without prejudice, and without an award of costs or fees to any party.

ENTERED this 2nd day of February, 2018.

/s/ Andrew P. Rodovich
United States Magistrate Judge